1  DOWNEY BRAND LLP
   ELIZABETH B. STALLARD (Bar No. 221445)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone:    916.444.1000
   Facsimile:    916.444.2100
4  estallard@downeybrand.com

5  Attorneys for Defendant
   FINANCIAL CENTER CREDIT UNION
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | TIFFANY WOODARD,                        | Case No.  2:16-cv-00684-KJM-AC
12 |            Plaintiff,                   | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND ORDER**
13 |     v.                                  |
14 | FINANCIAL CENTER CREDIT UNION,          |
   | DOES ONE through TEN, inclusive,        |
15 |                                         |
   |            Defendants.                  |
16

17

18         TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD;

19         Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District

20  of California, Defendant FINANCIAL CENTER CREDIT UNION ("Defendant"), by and

21  through its counsel, Elizabeth B. Stallard of Downey Brand, LLP, and Plaintiff TIFFANY

22  WOODARD ("Plaintiff"), by and through her counsel, Rhonda L. Morgan of Calhoun &

23  Associates, stipulate and agree as follows:

24         Defendant FINANCIAL CENTER CREDIT UNION's initial deadline to respond to

25  Plaintiff's Complaint was June 2, 2016. The Parties hereby stipulate that Defendant is granted an

26  / / /

27  / / /

28  / / /

1449591.2                                     1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

extension of time to respond to Plaintiff's Complaint.  Defendant's response is due no later than July 8, 2016.

    IT IS SO STIPULATED.

DATED: July 5, 2016        DOWNEY BRAND LLP

By:   /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorney for Defendant
FINANCIAL CENTER CREDIT UNION

DATED: July 5, 2016        CALHOUN & ASSOCIATES

By:   /s/ Rhonda L. Morgan (as authorized on 07/5/16)
RHONDA L. MORGAN
Attorney for Plaintiff
TIFFANY WOODARD

### **ORDER**

Pursuant to the parties' stipulation and good cause appearing therein, **IT IS HEREBY ORDERED** that defendant shall have up to and including July 8, 2016, to file a responsive pleading to the complaint.

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
UNITED STATES DISTRICT JUDGE